UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALVIN N. CRAVEN,<br><br>    Petitioner,<br><br>    v.<br><br>JIM ROBERTSON,<br><br>    Respondent. | Case No. 20-cv-01933-SI<br><br>**ORDER PERMITTING SUPPLEMENT TO HABEAS PETITION**<br><br>Re: Dkt. No. 10 |

Kalven Craven filed this *pro se* action for writ of habeas corpus to challenge his state-court robbery conviction. The court determined that the habeas petition stated three cognizable claims, the first of which was a claim that Craven's right to due process was violated by the erroneous admission of two cell phone videos. The court ordered respondent to show cause no later than July 17, 2020 why the habeas petition should not be granted.

Petitioner now moves to supplement his habeas petition with further argument in support of his claim that his right to due process was violated by the erroneous admission of two cell phone videos. Docket No. 10. The motion to supplement is GRANTED. Docket No. 10. The court will consider the supplemental argument when it rules upon the habeas petition. Because the supplement contains only further argument in support of an existing claim, there is no need to adjust the briefing schedule. Petitioner should put any further arguments in his traverse after he reads respondent's answer to his petition.

**IT IS SO ORDERED**.

Dated: June 5, 2020

_____
SUSAN ILLSTON
United States District Judge