UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALVIN N. CRAVEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JIM ROBERTSON,<br><br>　　　　Respondent. | Case No. 20-cv-01933-SI<br><br>**ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITIONER'S RECENT FILINGS** |

Petitioner has recently filed several documents which collectively seek to amend the petition to assert a number of ineffective assistance of counsel claims. Dkt. Nos. 28-30 ("the motion"). Petitioner's counsel states that he attempted to exhaust these claims in state court but that "there is no way for Mr. [C]raven to file anything in the California Supreme Court," and thus that petitioner is now seeking relief from this Court.[1]

The Court directs respondent to file a response to the motion no later than **April 12, 2021**.

**IT IS SO ORDERED**.

Dated: March 25, 2021

　　　　　　　　　　　　　　　　_Susan Illston_
　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court notes that one ineffective assistance claim (relating to the failure to file a motion to suppress videos obtained from petitioner's cell phone) was previously raised before the California Supreme Court and has been briefed. *See* Answer to Order to Show Cause at 15 (Dkt. No. 12).