UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KALVIN N. CRAVEN, | Case No. 20-cv-01933-SI |
|---|---|
| Petitioner, | **ORDER GRANTING PETITIONER'S MOTION TO REINSTATE PRO PER STATUS AND MOTION TO WITHDRAW BY COUNSEL** |
| v. | |
| JIM ROBERTSON, | Re: Dkt. Nos. 36, 37 |
| Respondent. | |

Petitioner has filed a motion requesting that the Court reinstate his *pro per* status, and petitioner's counsel has filed a motion to withdraw stating that Mr. Craven wishes to represent himself. The Court GRANTS both motions.

Mr. Craven has also filed a *pro se* motion to lift the stay as well as an amended petition. The Court will defer ruling on the motion to stay and the propriety of the amended petition until after the Court receives further information about whether Mr. Craven intends to pursue the pending state court habeas petition.

**IT IS SO ORDERED**.

Dated: June 28, 2021

SUSAN ILLSTON
United States District Judge