UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALVIN N. CRAVEN,<br>          Petitioner,<br>   v.<br>JASON SCHULTZ, Acting Warden,<br>          Respondent. | Case No. 20-cv-01933-SI (PR)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus has been denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 12, 2024

_____
SUSAN ILLSTON
United States District Judge