UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KALVIN N. CRAVEN,

    Petitioner,

v.

JANAN CAVAGNOLO, Acting Warden,

    Respondent.

Case No. 20-cv-01933-SI (PR)

**JUDGMENT**

The petition for writ of habeas corpus has been denied based on the Court's Order Denying Habeas Petition dated December 12, 2024 and its Order Denying Habeas Relief for Remaining Sixth Amendment Claim issued today. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 30, 2025

SUSAN ILLSTON
United States District Judge